IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3104 |
| | ) | |
| v. | ) | |
| | ) | |
| MARIO GOLLIDAY, | ) | ORDER SCHEDULING HEARING ON |
| | ) | MOTION IN LIMINE |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that a hearing on the pending Motion in Limine, filing 25, is scheduled to commence at 10:00 a.m. on March 1, 2006, in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska.  The defendant shall be present for said hearing.

Dated February 24, 2006.

BY THE COURT


s/Warren K. Urbom
United States Senior District Judge