IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>MARIO GOLLIDAY,<br><br>                Defendant. | Case No.  4:05CR3104 |

**ORDER**

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Change Of Plea Hearing, filing 31.  The Court, being fully advised in the premises, and noting that the government has no objection, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that the defendant's plea hearing shall be continued until the 4th day of May, 2006, at 4:00 p.m.  The defendant is ordered to appear at said time. This Court further finds that, based upon the showing set forth in defendant's Motion, the ends of justice will be served by continuing defendant's plea hearing; and that continuing the plea date in this case outweighs the best interest of the defendant and the public in a speedy trial. Accordingly, said continuance shall be excluded for speedy trial calculation purposes pursuant to 18 U.S.C. § 3161(h)(8)(a).

DATED this 7th day of April, 2006.

BY THE COURT:

s/ *David L. Piester*
The Honorable David L. Piester
United States Magistrate Judge