IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3104 |
| | ) | |
| v. | ) | |
| | ) | |
| MARIO GOLLIDAY, | ) | ORDER RESCHEDULING SENTENCING |
| | ) | HEARING |
| Defendant. | ) | |
| | ) | |

Because of a conflict in the court schedule, the sentencing hearing for the defendant shall be rescheduled.

IT IS ORDERED that the sentencing hearing is rescheduled and shall commence at 12:15 p.m. on September 11, 2006, in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present for the hearing.

Dated July 12, 2006.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge