IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3104 |
| | ) | |
| v. | ) | |
| | ) | |
| MARIO GOLLIDAY, | ) | ORDER CONTINUING EVIDENTIARY |
| | ) | AND SENTENCING HEARING |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the evidentiary and sentencing hearing for the defendant, Mario Golliday, is continued and shall commence at 11:30 a.m. on September 27, 2006, in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska.  The defendant shall be present for the hearing.

Dated September 6, 2006.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge