IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:05cr3104 |
| v. ) | |
| ) | |
| MARIO GOLLIDAY, ) | |
| ) | ORDER |
| Defendant. ) | |
| ) | |

The Clerk's Office has requested that Document Number 54 be stricken from the record for the following reason:

- incorrect date

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 54 from the record. The party is directed to re-file the document.

DATED this 2nd day of October, 2006.

BY THE COURT:

s/ Warren K. Urbom
Senior United States District Judge