```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:05CR3104 |
| v. | ) | |
| | ) | |
| MARIO GOLLIDAY, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

Defendant has filed a motion for release of the appearance and compliance bond previously posted in this matter. The entry of receipt on September 29, 2005 indicates that the $2000.00 was received from Attorney James Martin Davis.

IT THEREFORE HEREBY IS ORDERED:

1. The clerk shall provide a copy of defendant's motion, filing 57, and of this order to attorney James Martin Davis.

2. James Martin Davis is given to March 5, 2007 to respond to the motion of the defendant.

DATED this 22nd day of February, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge