IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARIO GOLLIDAY, )<br>)<br>Defendant. )<br>) | 4:05CR3104<br><br>ORDER |

    There has been no response by defendant's prior counsel, James M. Davis, to the court's order of February 22, 2007, filing number 58.

    IT THEREFORE HEREBY IS ORDERED,

    Defendant's motion, filing 57, to release appearance and compliance bond is granted.  The clerk is directed to release the $2,000.00 bond to defendant's son, Patrick Golliday, P.O. Box 80945, Lincoln, Nebraska 68501.

    DATED this 7th day of March, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge