IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br>　　　　　Plaintiff, </br></br> vs. </br></br> MARIO GOLLIDAY, </br></br>　　　　　Defendant. | 4: 05CR3104 </br></br> DETENTION ORDER </br></br> PETITION FOR ACTION ON CONDITIONS OF SUPERVISED RELEASE |

　　　　Pursuant to 18 U.S.C. § 3142(f) and § 3143(a) of the Bail Reform Act, and Fed. R. Crim. P. 32.1(a)(6),

**IT IS ORDERED,**

　　　　The above-named defendant shall be detained until further order, because:

　　__X__　The defendant has failed to meet the burden of showing, by clear and convincing evidence pursuant to 18 U.S.C. § 3153 (a) and Fed. R. Crim. P. Rule 32.1(a)(6) that defendant is not likely to fail to appear or pose a danger to the safety of any person or the community.

　　____　The defendant waived the right to a detention hearing and agreed to detention.

The Court's findings are based on the evidence presented in court and that contained in the court's records, and includes the following:
  the defendant has made it clear that he will not comply with the directions of his probation officer, will not keep the officer informed, and in particular, has made it clear he will do what he wishes, particularly as it pertains to his conduct with women.  He cannot be adequately supervised to ameliorate the risk of harm and of flight posed since he will not cooperate with his supervising officer.

**IT HEREBY IS FURTHER ORDERED:**

　　　　The defendant is committed to the custody of the Attorney General for confinement in a corrections facility;  the defendant shall be afforded reasonable opportunity for private consultation with counsel; and on order of a court of the United States, or on request of an attorney for the government, the person in charge of the facility shall deliver the defendant to a United States Marshal for appearance in connection with a court proceeding.

DATED:　December 20, 2011　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　*s/Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　　　Cheryl R. Zwart
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge